PROB 22 (Rev. 10/13)

| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transferring Court)* <br> CR-22-02400-001-TUC-JCH (JR) |
|---|---|
| | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE <br><br> Gabriel Luis Molina <br><br> ███████████ | DISTRICT <br> District of Arizona | DIVISION <br> 4: Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> John C Hinderaker <br> U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 8/14/2023 | TO <br> 8/13/2026 |

OFFENSE
Transportation of Illegal Aliens for Profit, 8, U.S.C. §1324(a)(1)(A)(ii), 8 U.S.C. §1324(a)(1)(B)(i), a Class C Felony.

PART 1- ORDER TRANFERRING JURISDICTION

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Gabriel Luis Molina, be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/13/2023
Date

*[signature]*
The Honorable John C. Hinderaker
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2- ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/10/2023
Effective Date

*[signature]*
United States District Judge