# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00435-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Gabriel Luis MOLINA,

    Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

DATED at Denver, Colorado, this __Day__ day of July, 2024.

BY THE COURT:

_____
Regina M. Rodriguez
United States District Judge