# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00435-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Gabriel Luis MOLINA,

   Defendant.

## ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

  X   ORDERS the issuance of an arrest warrant.

  ___   ORDERS the issuance of a summons.

  ___   DENIES the request.

DATED at Denver, Colorado, this 15th day of July, 2024.

BY THE COURT:

Regina M. Rodriguez
United States District Judge