AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>GABRIEL MOLINA<br><br>*Defendant* | )<br>)  Case No.  1:23CR00435-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GABRIEL LUIS MOLINA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Cts. 1-3: USE OF ALCOHOL;
Cts. 4-11: POSSESSION AND USE OF A CONTROLLED SUBSTANCE;
Ct. 12: FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED BY THE PROBATION OFFICER;
Ct. 13: FAILURE TO PARTICIPATE IN DUAL DIAGNOSIS TREATMENT AS DIRECTED BY THE PROBATION OFFICER;
Ct. 14: FAILURE TO RESIDE IN A SOBER LIVING FACILITY AS DIRECTED BY THE PROBATION OFFICER;

Date:  07/15/2024                                             s/ K. Myhaver, Deputy Clerk
                                                              *Issuing officer's signature*

City and state:  Denver, Colorado                             Jeffrey P. Colwell, Clerk of Court
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                              *Arresting officer's signature*

                                                              *Printed name and title*