IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00435-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL LUIS MOLINA,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Jennifer Beck
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Jennifer_Beck@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha Paluch, Assistant United States Attorney
Email: Martha.paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Gabriel Luis Molina (via U.S. Mail)

    s/ Jennifer Beck
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Jennifer_Beck@fd.org
    Attorney for Defendant