AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| Gabriel Molina | ) Case No. 23-CR-435 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7/31/24

_____
Defendant's signature

_____
Signature of defendant's attorney

Jennifer Beck #45508
Printed name and bar number of defendant's attorney

633 17th Street, Denver CO 80202
Address of defendant's attorney

jennifer_beck@fd.org
E-mail address of defendant's attorney

303 294 7002
Telephone number of defendant's attorney

303 294 1192
FAX number of defendant's attorney