## David Staub

**From:** Nesiah Molina <nesiahmolina0@gmail.com>
**Sent:** Tuesday, July 30, 2024 11:46 AM
**To:** David Staub
**Subject:** Court letter

EXTERNAL SENDER

Dear Majesty judge

  My name is Jose Molina, My son's name is Gabriel Molina. Gabriel has 1 son, Nesiah Molina. He is 13 years old and he is an awesome kid. His relationship with his dad is an unbreakable, and an unmatchable pure and strong bond. And his little sister Milana also sees Gabriel as a father figure. She is not my son's real daughter but he treats her like one and has grown very close together and formed a trustworthy bond. He needs to work on finding friends that he can get better with and better himself with in general, Gabriel has an incredible personality when he is sober and in his real self. Even at work his coworkers love him and he is a huge part of his crew that need him in the prestigious, top tier company he works at. When Gabriel is home he brings so much joy with the family and it's wonderful to have him here. He does lots of work around the house like cutting the grass, trimming bushes and cooking just to name a few, he keeps the 2 kids entertained and they all need each other in their lives,

Sincerely, Jose Molina