## David Staub

**From:** LINDA MOLINA <molinalinda428@yahoo.com>
**Sent:** Tuesday, July 30, 2024 3:37 PM
**To:** David Staub
**Subject:** Gabriel Molina

EXTERNAL SENDER

Hello Magistrate Judge,
I am the mother of Gabriel Molina.
My name is Linda, I am writing this letter on his behalf, my son is a father of a 13 year old boy, who needs his dad.
When Gabriel is here and sober, at home he helps his dad with allot of the responsibilities of owning a home, taking care and making sure his dad is ok. While doing yard work.
Gabriel, has a very good bond with his son Nesiah, when Gabriel is in his right mind and sober he is an awesome person, he's enjoyable to be around, he's considerate he's helpful with his son and his sons half sister.
Gabriel has a good job with Woodward in Ft Collins Colorado, he is a great team member, and great employee, his co-workers really enjoy working with him as well.
My son, does have issues with using, he has tried to be sober and has been successful, but when he starts to hang out with a certain lady, and others who use he gets lost.
I believe that he would benefit from being released to start more drug treatment, and mental therapy, he does want to get sober and be sober, to be able to live his life, sober and be here for his son and his family. I think he does need another chance, not just because I'm his mom, but for himself.
Support he has from his dad and me, and his son, his sister's, he just needs to learn to reach out when he needs help, and find support.
Lastly, I have faith and believe that he will be more willing to get sober, I believe this is a lesson learned, and opened his eyes, that he cannot be doing the things he does without consequences.

Sincerely,
Linda Molina


Yahoo Mail: Search, Organize, Conquer