IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00435-RMR | Date: September 17, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |
| Probation Officer: Daniel Bath | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Martha Ann Paluch |
| Plaintiff, | |
| v. | |
| GABRIEL LUIS MOLINA, | Jennifer Lynn Beck |
| Defendant. | |

## COURTROOM MINUTES

**REVOCATION OF SUPERVISED RELEASE**

**3:05 p.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Defendant admits violations 1 through 19 of supervised release as stated in the Petition [ECF 127].

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Discussion and argument regarding sentencing recommendation.

Court states its findings of fact and conclusions of law.

**ORDERED:   Supervised Release is revoked.**

**ORDERED:** Defendant shall be imprisoned for 6 months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of 30 months.

**ORDERED:** Conditions of Supervised Release, as stated on record.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

Defendant advised of right to appeal.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**3:55 p.m.** Court in recess.

Hearing concluded.
Total time in court:   00:55